IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| JANE DOE, CCDC I.D. #25361 | Civil Action No. TDC-18-2014 |
| Plaintiff, | |
| v. | |
| JAMES T. DEWEES, et al. | |
| Defendants. | |

**DECLARATION OF JANE DOE**

1. I am the *pro se* Plaintiff in the above-referenced case, and I am over 21 years of age.

2. I have used the name Jane Doe for at least nine years, but believe that I began to ask others to use that name, and to refer to myself as Jane Doe, that at some point in 2008.

3. Attached is a true copy of a record obtained from the Carroll County Detention Center showing that institution's number and name assigned to me as Exhibit I.

4. Attached are true copies of articles in the Carroll County Times dated July 1, 2015, and September 2, 2015, as Exhibits J and K.

5. Attached is a true copy of a print obtained from Maryland's Judiciary Case Search system showing the charge lodged against me of driving without a license, as Exhibit L.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on the 19th day of October, 2018.



Jane Doe: X Her Mark
Jane Doe, CCDC #25361



EXHIBIT A