IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| JANE DOE, CCDC I.D. #25361<br><br>Plaintiff,<br><br>v.<br><br>JAMES T. DEWEES, et al.<br><br>Defendants. | Civil Action No. TDC-18-2014 |

DECLARATION OF ROGER WILLIAM HALE

I, Roger William Hale, hereby declare that:

1. I am a citizen of the State of Maryland and over the age of 21 years.

2. I am a practicing attorney in the State of Maryland.

3. I am competent to testify to the matters stated in this declaration.

4. I have personally known and interacted with the plaintiff in the above-captioned case for over four years.

5. I refer to and know the plaintiff by her name Jane Doe.

6. The plaintiff's name is Jane Doe, As fAR As I kNow, RWH

7. I met Jane through mutual acquaintances in Carroll County sometime in the spring of 2014.

8. Before the arrest and detention complained of in the above-captioned case, I had personally met and known the plaintiff for about a year, and she was known to me as Jane Doe at all times prior to her arrest and detention in 2015.

- 1 -

EXHIBIT
B

9. In July of 2015, at the request of some of her acquaintances, I visited Jane Doe in the Carroll County Detention Center on two occasions, and spoke to her about her pending criminal case.

10. At the present time, I speak regularly with Jane when she assists me in producing an internet radio show, and have done so for nearly every week over the past four years.

I hereby swear, under penalty of perjury, that the foregoing is correct and true, to the best of my knowledge, information and belief.

Signed on this 17th day of October, 2018.

*R. W. Hale*
Roger William Hale, Esq.
2411 Parallel Lane
Silver Spring, MD 20904