IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| JANE DOE, CCDC I.D. #25361 | Civil Action No. TDC-18-2014 |
| Plaintiff, | |
| v. | |
| JAMES T. DEWEES, *et al.* | |
| Defendants. | |

DECLARATION OF ROBIN FRAZIER

I, Robin Bartlett Frazier, hereby declare that:

1. I am a citizen of the State of Maryland and over the age of 21 years.

2. I am competent to testify to the matters stated in this affidavit.

3. I have personally known and interacted with the plaintiff in the above-captioned case for over five years.

4. I refer to and know the plaintiff by her name Jane Doe.

5. The plaintiff's name is Jane Doe.

6. In the summer of 2015, I lost contact with Jane for several months, as she was detained in the Carroll County Detention Center, a fact I heard about through mutual acquaintances.

7. I met Jane through our mutual acquaintances in Carroll County in approximately 2013, and we have worked together on many community issues for at least four years, including conducting a petition drive and engaging in political campaigns.

EXHIBIT C

- 1 -

8. I speak with Jane at least twice a week, and have done so for over three years.

I hereby swear, under penalty of perjury, that the foregoing is correct and true, to the best of my knowledge, information and belief.

Signed on this 16th day of October, 2018.

*[signature]*
Robin Bartlett Frazier
142 Bentley Street
Taneytown, Maryland 21787