IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| JANE DOE, CCDC I.D. #25361<br><br>  Plaintiff,<br><br>v.<br><br>JAMES T. DEWEES, *et al.*<br><br>  Defendants. | Civil Action No. TDC-18-2014 |

DECLARATION OF KATHERINE ADELAIDE

I, Katherine Adelaide, hereby declare that:

1. I am a citizen of the State of Maryland and over the age of 21 years.

2. I am competent to testify to the matters stated in this declaration.

3. I have personally known and interacted with the plaintiff in the above-captioned case for over four years.

4. I refer to and know the plaintiff by her name Jane Doe.

5. The plaintiff's name is Jane Doe.

6. In the summer of 2015, I lost contact with Jane for several months, as she was detained in the Carroll County Detention Center, a fact I heard about through mutual acquaintances.

7. I met Jane through our mutual political interests in Carroll County in approximately 2014, and we have been friends since then.

8. I speak or socialize with Jane, singly or in groups, an average of three or four days in a week, and have done so for about three years.



EXHIBIT D

- 2 -

I hereby swear, under penalty of perjury, that the foregoing is correct and true, to the best of my knowledge, information and belief.

Signed on this 16th day of October, 2018.

*Katherine Adelaide, JD*
Katherine Adelaide        *Juris Doctor*
9 Courtland Street
Taneytown, Maryland 21787