IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| JANE DOE, CCDC I.D. #25361<br><br>Plaintiff,<br><br>v.<br><br>JAMES T. DEWEES, *et al.*<br><br>Defendants. | Civil Action No. TDC-18-2014 |

DECLARATION OF RHONDA BEAN

I, Rhonda Bean, hereby declare that:

1. I am a citizen of the State of Maryland and over the age of 21 years.

2. I am competent to testify to the matters stated in this declaration.

3. I have personally known and interacted with the plaintiff in the above-captioned case for over two years.

4. I refer to and know the plaintiff by her name Jane Doe.

5. The plaintiff's name is Jane Doe.

6. I met Jane through mutual acquaintances in Taneytown, Maryland.

7. Jane Doe has spoken several times to me and others in my presence about her experiences in 2015 with the Sheriff's Office of Carroll County and the Carroll County Detention Center.

8. Jane has worked with me and other community members on a number of political issues, including my campaign for a seat on the Taneytown


EXHIBIT E

Council, a petition drive to take a charter amendment to referendum, and a campaign for the referendum vote.

I hereby swear, under penalty of perjury, that the foregoing is correct and true, to the best of my knowledge, information and belief.

Signed on this 19th day of October, 2018.

_____
Rhonda Bean
168 Grand Drive
Taneytown, Maryland 21787