IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| JANE DOE, CCDC I.D. #25361<br><br>Plaintiff,<br>v.<br><br>JAMES T. DEWEES, *et al.*<br><br>Defendants. | Civil Action No. TDC-18-2014 |

DECLARATION OF GARY CLARK

I, Gary Clark, hereby declare that:

1. I am a citizen of the State of Maryland and over the age of 21 years.

2. I am competent to testify to the matters stated in this declaration.

3. I have personally known and interacted with the plaintiff in the above-captioned case for approximately three years.

4. I refer to and know the plaintiff by her name Jane Doe.

5. The plaintiff's name is Jane Doe.

6. I met Jane Doe at a Saturday night meeting held at the Liberty Works Radio Network offices in Westminster, Maryland sometime in late fall of 2015.

7. Jane Doe has spoken many times to me and to others in my presence about her experiences in 2015 with the Sheriff's Office of Carroll County and the Carroll County Detention Center, and her desire to sue their employees for civil damages.



EXHIBIT F

8.  I speak with and see Jane about once a week at the meetings at Liberty Works Radio Network, and have done so for about three years.

I hereby swear, under penalty of perjury, that the foregoing is correct and true, to the best of my knowledge, information and belief.

Signed on this 17th day of October, 2018.

Gary Clark
15387 Frederick Road
Woodbine, Maryland 21797