IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| JANE DOE, CCDC I.D. #25361 | Civil Action No. TDC-18-2014 |
| Plaintiff, | |
| v. | |
| JAMES T. DEWEES, *et al.* | |
| Defendants. | |

### DECLARATION OF LEWIS T. PORTER

I, Lewis T. Porter, hereby declare that:

1. I am a citizen of the State of Maryland and over the age of 21 years.

2. I am competent to testify to the matters stated in this declaration.

3. I have personally known and interacted with the plaintiff in the above-captioned case for at approximately three years.

4. I refer to and know the plaintiff by her name Jane Doe.

5. The plaintiff's name is Jane Doe.

6. I met Jane Doe at a Saturday night meeting held at the Liberty Works Radio Network offices in Westminster, Maryland sometime in late 2015 or early 2016.

7. I have worked with Jane and mutual acquaintances in Carroll County and Montgomery County on community issues for the past two and a half years, including engaging in political campaigns and get-out-the-vote drives.



EXHIBIT G

- 1 -

- 2 -

8. I am still in contact with Jane, and working with her on Maryland public information issues.

9. Jane Doe has spoken many times to me and to others in my presence about her experiences in 2015 with the Sheriff's Office of Carroll County and the Carroll County Detention Center, and about her desire to sue their employees for civil damages.

I hereby swear, under penalty of perjury, that the foregoing is correct and true, to the best of my knowledge, information and belief.

Signed on this 17th day of October, 2018.

*[signature]*
Lewis T. Porter
1203 Spotswood Drive
Silver Spring, MD  20905