IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| JANE DOE, CCDC I.D. #25361<br><br>    Plaintiff,<br><br>v.<br><br>JAMES T. DEWEES, *et al.*<br><br>    Defendants. | Civil Action No. TDC-18-2014 |

DECLARATION OF THOMAS T. SCAMBOS, JR.

I, Thomas T. Scambos, Jr. hereby declare that:

1. I am a citizen of the Commonwealth of Virginia and over the age of 21 years.

2. I am competent to testify to the matters stated in this declaration.

3. I have personally known and interacted with the plaintiff in the above-captioned case for about twelve years.

4. I refer to and know the plaintiff by her name Jane Doe.

5. The plaintiff's name is Jane Doe.

6. Jane assists me in producing a radio show once a week on the Liberty Works Radio Network.

7. I have met and interacted with Jane personally several times while visiting Maryland over the years.

8. In the summer of 2015, Jane did not assist me in producing the show for several weeks, and I was told by other personnel at Liberty Works Radio



Network that she was at that time detained in the Carroll County Detention Center.

9. I speak with Jane about once a week, unless she is temporarily away from her post at the internet radio station, and have done so for over four years.

I hereby swear, under penalty of perjury, that the foregoing is correct and true, to the best of my knowledge, information and belief.

Signed on this 17th day of October, 2018.

Thomas T. Scambos, Jr.
19400 Walnut Hills Rd.
Jeffersonton, VA 22724