# Incar Summary

PictureLink for Windows

DOE, JANE

File # 25361

SSN:

DC #: 1500907




**Identification Information:**

File # 25361

Last: DOE   First: JANE   Mid:

5/27/2008 10:09:10 AM   5/27/2008 10:09:10 AM

Addr: Unknown

City: WESTMINSTER, State: MD Zip: 21157

**Personal Identification**

SSN:

State ID:

FBI #:

DL State:

Home Tel:



**Physical Description**

DOB:   Age:   Eyes: BLU

Race: W   Complexion: FAR

Gender: F   Hair: BRO

Height: 507   Ethnic: N

Weight: 125lbs

---

DOE, JANE - Name # 25361     Carroll County Sheriff's Office



**Carroll County Detention Center**
Name: DOE, JANE
File #: 25361
DC #: 1500907   DOB:

**Carroll County Detention Center**
Name: DOE, JANE
File #: 25361
DC #: 1500907   DOB:



EXHIBIT I