A4  Wednesday, July 1, 2015

# Police release photos in Union Bridge heist

**By Heather Cobun**
Carroll County Times

Police are still seeking information to help identify the man who robbed Esquire Liquors in Union Bridge at knifepoint Saturday night, and surveillance stills of the suspect were released Tuesday.

The man, described as white, 20 to 25 years old, 5-foot-5 to 5-foot-8 and weighing 150 to 170 pounds, entered the store shortly before 9 p.m. with a bandana covering his face, according to a news release from the Carroll County Sheriff's Office.

The man was wearing blue jeans, gloves and a black hooded sweatshirt with an unknown design on the front, according to the release. He walked to the back office where the owner was and demanded money while brandishing a knife.



The suspect fled with money from the register and two cartons of cigarettes, according to the release.

According to authorities, a vehicle of interest was seen near the store and is described as a white Dodge short-bed truck with an extended cab, with black lettering in the rear window that said "Cummins." Anyone with information is asked to contact Det. Chris Youman at 410-386-2571 or cyouman@ccg.carr.org.

heather.cobun@carrollcountytimes.com
410-857-7898
twitter.com/cctcrime

# Woman in jail until she says who she is

**By Heather Cobun**
Carroll County Times

A judge ordered a woman who refuses to identify herself must give her name and other information to the court before she can post bail and be released from jail.

"What's your name?" Carroll County Judge Mary C. Reese asked the woman at a bail review hearing Tuesday in the District Court of Maryland.

"I don't know how many times I have to repeat I am exercising my right to remain silent on that issue," the woman, identified as Jane Doe in charging documents, replied via video conference from the Carroll County Detention Center.

Reese ordered Tuesday that Doe can be released on $500,000 bond, but only if she provides her name, home address, date of birth and Social Security number.

"That's coercion — thank you, Judge," the woman said. "That is called compelled testimony."

Doe said court documents could be mailed to her at the Westminster address of the Save a Patriot Foundation, a government accountability group that, according to its website, seeks to prevent the Internal Revenue Service and other government agencies from misapplying the law.

Reese asked where the woman lived and she refused to answer.

Assistant State's Attorney Andrew Brouwer told Reese he has received information that the woman might be the same person as someone who similarly refused to identify herself in 2008.

Doe refused to confirm Tuesday whether she is that woman, and Brouwer argued that without a way to identify and locate her, if she fails to show up for court dates, the state could not support releasing her on bond.

"Until we can identify her, there's no reasonable alternative," he said.

While at the detention center, the woman will most likely be housed apart from other inmates because staff cannot determine her medical history, according to Cpl. Kristy Cerny, of the central booking unit.

The woman refused to have fingerprints or a mug shot taken, Cerny said.

She is charged with traffic offenses, including attempting to elude police, resisting arrest, obstructing and hindering an investigation, and failure to obey a lawful order, according to electronic court files.

The woman allegedly failed to stop for a Carroll County Sheriff's Office deputy early Saturday morning and once the deputy made contact with her she refused to put the car in park, get out of the car, or provide identification, according to the documents.

Once she was removed from her vehicle by force, the deputy needed assistance getting the woman into handcuffs and she kicked at the window of his patrol car, according to the documents.

Once at the detention center, the woman refused to answer questions posed by detention center staff and the District Court Commission conducting her initial appearance, leading to her being temporarily held until a judge could see her Monday morning.

When the woman continued to refuse to identify herself at a hearing Monday, Judge Brian Green continued the proceeding to Tuesday. She continued to refuse to answer questions Tuesday.

The Office of the Public Defender was unable to enter an appearance in the case because she would not answer questions about who she is and how much money she makes to determine if she qualified for their services.

heather.cobun@carrollcountytimes.com
410-857-7898
twitter.com/cctcrime

EXHIBIT J