**Lions look to make playoffs** B1

# County Times

www.carrollcountytimes.com   $1.00

September 2, 2015

## 'Jane Doe' released from jail

### Woman refused to identify herself after traffic stop

By WILEY HAYES
Carroll County Times

Close to a dozen members of a local advocacy group against what they consider to be the misapplication of federal and state law waited outside the Carroll County Detention Center to greet a woman released Tuesday morning who had been arrested after failing to identify herself after a routine traffic stop in June.

During her time at the detention center, the woman continued to refuse to identify herself, claiming it was her Fifth Amendment right.

Bob Kurland, a member of the Westminster-based Save-A-Patriot Fellowship — a group claiming it is intent on ensuring that law is accurately interpreted and appropriately enforced — questioned the court's refusal to release the woman, who became known as Jane Doe, sooner because of her choice to invoke the Constitution.

"Do you believe she is John Dillinger, public enemy No. 1?" said Kurland, who along with other members of the group refused to identify Doe. "How can you be held for exercising your Fifth Amendment rights?"

However, police, prosecutors and a law professor considered to be an expert on the Fifth Amendment contend that refusing to identify yourself to law enforcement isn't protected by the Constitution.

"If that were the case, no one would ever have to provide information, and we would have burglars and robbers and people running all over the place not knowing who they were," Carroll County State's Attorney Brian DeLeonardo said Tuesday.

Essentially, the Fifth Amendment "protects criminal defendants from having to testify if they might incriminate themselves through the testimony," according to the Legal Information Institute at Cornell University.

Doe, who continues to refuse to identify herself even after being released from jail, was arrested June 27 after she failed to stop

See JANE DOE, page A5


DYLAN SLAGLE/STAFF PHOTOS
...escher at Gerstell Academy in Finksburg

...s new
...s start
...sor will stay involved


Lorraine Fulton


EXHIBIT K