## DISTRICT COURT OF MARYLAND
Case Information
Go Back Now

Court System: **DISTRICT COURT FOR CARROLL COUNTY (WESTMINSTER) - TRAFFIC SYSTEM**
Citation Number: **0000000HD0JQF** Case Status: **CLOSED CASE**
Violation Date: **06/27/2015**     Violation Time: **09:13 AM**
Violation County: **CARROLL COUNTY (WESTMINSTER)**
District Code: **10**     Location Code: **02**
AgencyName:**CARROLL COUNTY SHERIFF DEPT**
Officer Name:**CRAFT, BEN**
Officer ID:**0479**

**Defendant Information**

Defendant Name:**DOE, JANE**
Address:**5 SOUTH CENTER ST # 1100**
City: **WESTMINSTER** State: **MD** Zip Code: **21157**
Race:**WHITE,CAUCASIAN,ASIATIC INDIAN,ARAB**
Sex:**F** Height: **507** Weight: **125**
DOB:**01/01/1990**

## Charge Information

Charge:     Article: **TA** Sec: **16** Sub-Sec: **101** Para: **A** Code:
Description: **DRIVING/ATTEMPTING DRIVE MOTOR VEH. ON HWY W/O REQ . LICENSE AND AUTHORIZATION**
Location Stopped: **N/B RT 27 / HAHN RD**
Contributed to Accident?: **NO** Personal Injury?: **NO**
Fine: **0** Related Citation Number: **00HF0JQF**
Vehicle Tag: **2BSA60** State: **MD** Vehicle Description: **01 SATUR**

**Disposition Information**

Plea:     **OTHER PLEA**
Disposition:     **NOLLE PROSEQUI**
Disposition Date: **08/28/2015**
Contributed To Accident: **NO** Personal Injury?: **NO**
Sentence Date: **08/28/2015**
Sentence Time: Yrs: **00** Mos: **00** Days: **000**
Suspended Time: Yrs: **00** Mos: **00** Days: **000**
Costs: Fine: **0** CourtCost: **0** CICF: **0**
Suspended: Fine: **0** CourtCost: **0** CICF Cost: **0**

**Event History Information**

| Event | Date | Comment |
|---|---|---|
| RCAS | 2015-06-27 | 006S00065736 |
| ESCH | 2015-06-29 | 20150901;0900A;02 |
| KEYP | 2015-06-30 | TRIAL KEYPOINT 10:58:15 REEL 999999 |
| ADDR | 2015-06-30 | UNKNOWN WESTMINSTER MD211570 |
| KEYP | 2015-07-07 | TRIAL KEYPOINT 11:05:39 REEL 999999 |
| SCHG | 2015-08-28 | T453;I TO C |
| NOTC | 2015-08-28 | ATTORNEY AND DEFENDANT NOT PRESENT;20150901 |


EXHIBIT