# UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

JANE DOE,

    Plaintiff,

v.

JAMES T. DEWEES,
SHERIFF OF CARROLL COUNTY, *et al.*

    Defendants.

Civil Action No. TDC-18-2014

## LINE

Plaintiff Jane Doe notifies the Court that the attached proposed order amending the scheduling order has been circulated via email to all counsel of record. On July 28, 2020, counsel for all Defendants indicated via email that they are satisfied the attached order reflects the discussion and this Court's direction in the July 27, 2020 Rule 16 Case Management and Per-Motion Conference.

I certify under penalty of perjury that the foregoing is true and correct.

Executed and submitted this 28th day of July, 2020.

                Jane Doe: X Her Mark
                Jane Doe
                c/o LWRN
                5 South Center Street, #1100
                Westminster, MD 21157
                410-857-5444
                lwrn@mail.com

UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

JANE DOE,

        Plaintiff,

v.

JAMES T. DEWEES,
SHERIFF OF CARROLL COUNTY, *et al.*

        Defendants.

Civil Action No. TDC-18-2014

**ORDER AMENDING SCHEDULING ORDER**

For the reasons stated during the July 27, 2020 Rule 16 Case Management and Per-Motion Conference, it is hereby ordered that:

The deadlines under Part II of the Scheduling Order are amended as follows:

The following motions or reports must be filed, or actions taken, by the listed date:

| Date | Action |
|---|---|
| February 1, 2021 | Motions to amend the pleadings or for joinder of additional parties |
| February 16, 2021 | Plaintiff's Rule 26(a)(2) expert disclosures |
| March 18, 2021 | Defendant's Rule 26(a)(2) expert disclosures |
| April 1, 2021 | Plaintiff's rebuttal Rule 26(a)(2) expert disclosures |
| April 8. 2021 | Rule 26(e)(2) supplementation of disclosures and responses |
| April 22, 2021 | Completion of Discovery; submission of Post-Discovery Joint Status Report |
| April 29, 2021 | Requests for Admission |
| May 6, 2021 | Notice of Intent to File a Pretrial Dispositive Motion |

It is further ordered that the deposition hours, under Part IV (D) of the Scheduling Order are amended as follows:

> Absent a request to increase or decrease deposition hours, each side shall be limited to 40 hours of depositions of fact witnesses, including parties. If there are two or more parties on a particular side, they must share the allotted deposition time unless the Court rules otherwise upon a request from those parties. Any colloquy engaged in by counsel shall be counted against the deposition time of that counsel's client.

Date: _____, 2020

_____
THEODORE D. CHUANG
United States District Judge

## Certificate of Service

I hereby certify that on this 28th day of July, 2020, a copy of the foregoing was sent by first class mail, postage prepaid, to:

Michele J. McDonald
Assistant Attorneys General
200 St. Paul Place, 20th Floor
Baltimore, Maryland 21202

Jason L. Levine
Local Government Insurance Trust
7225 Parkway Drive
Hanover, MD 21076

Wendy L. Shiff
Assistant Attorneys General
200 St. Paul Place, 20th Floor
Baltimore, Maryland 21202

Megan T. Mantzavinos
Marks, O'Neill, O'Brien, Doherty & Kelly
600 Baltimore Avenue, #305
Towson, Maryland 21204

Alexandra R. Hilton
Marks, O'Neill, O'Brien, Doherty & Kelly
600 Baltimore Avenue, #305
Towson, Maryland 21204

Jane Doe: ✗ Her Mark
Jane Doe, CCDC #25361